1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Yuxing Gong and Qianhua Liu,<br><br>                              Plaintiff,<br><br>        v.<br><br>BRASSCRAFT MANUFACTURING COMPANY,<br><br>                              Defendant. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br><br><br><br>*[King County Superior Court Case No. 23-2-23406-5 SEA]* |

        Pursuant to 28 U.S.C. §§ 1332 and 1441 et seq., Defendant BrassCraft Manufacturing Company (Defendant), a Michigan corporation, hereby removes the above-captioned action from the Superior Court of Washington for King County to the United States District Court for the Western District of Washington at Seattle.  The basis of removal is diversity jurisdiction under 28 U.S.C. 1332(a).

        The following statement is submitted in accordance with 28 U.S.C. 1446:

        1.        On November 28, 2023, Allstate Property and Casualty Insurance Company (Allstate), as subrogee for Yuxing Gong and Qianhua Liu (collectively Plaintiff) commenced this action against Defendant in the Superior Court of Washington for King County (now pending as Case No. 23-2-23406-5 SEA). Declaration of Jonathan Schirmer in Support of Notice of Removal

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION TO FEDERAL COURT - 1

125076.0034/9606127.1

(Schirmer Decl.) ¶ 3.  A true and correct copy of the Complaint is attached as **Exhibit A** to this filing.

**STATUTORY REQUIREMENTS**

**Diversity Jurisdiction**

2.        28 U.S.C. § 1332(a) provides in relevant part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different States [.]" 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

**Complete Diversity of Citizenship**

3.        Plaintiff alleges in the Complaint that Allstate is a foreign corporation. Compl. ¶3.

4.        Allstate is an Illinois Corporation. Schirmer Decl. Ex. 3; Ex. 4.

5.        Plaintiff alleges in the Complaint that Yuxing Gong and Qianhua Liu reside in Washington. Compl. ¶5.

6.        Defendant BrassCraft is a Michigan Corporation. Schirmer Decl. ¶5. Ex. 2.

7.        There is complete diversity amongst the parties.

**Amount in Controversy Exceeds $75,000**

8.        Plaintiff's Complaint seeks damages in the amount of $396,533.74. Compl. ¶15. Plaintiff is seeking damages in excess of the jurisdictional amount of this Court.

**Procedural Requirements**

9.        <u>Removal is Timely</u>.  This Notice of Removal is timely filed. The action was filed on November 28, 2023 and Defendant was served on November 30, 2023. Schirmer Decl. Ex. 1. Pursuant to 28 U.S.C. § 1446(b)(3), Defendant may remove within 30 days "after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION TO FEDERAL COURT - 2

125076.0034/9606127.1

removable." Defendant first ascertained that this case is removable upon being served with a copy of the Complaint on November 30, 2023. Schirmer Decl. ¶ 4, Ex. 1.

8.     Venue.  Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Western District of Washington at Seattle, which is the federal district court embracing the state court where the State Court Action, Case No. 23-2-23406-5 SEA, is currently venued.

9.     Signature.  This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

10.     Consent.  BrassCraft is the sole defendant in the State Court Action and consents to removal.

11.     Pleadings and Process.  True and correct copy on file in the State Court Action are attached as Exhibit A. *See* 28 U.S.C. § 1446(a).

12.     Notice.  Defendant will promptly serve Plaintiff and file with this Court its Notice of Removal to Plaintiff, informing Plaintiff that this matter has been removed to federal court. *See* 28 U.S.C. § 1446(a), (d).  Defendant will promptly file with the Clerk of the Superior Court of Washington of King County, and serve on Plaintiff, a Notice to Clerk of Removal to Federal Court, pursuant to 28 U.S.C. § 1446(d).

13.     Defendant will file a Corporate Disclosure Statement in accordance with LCR 7.1.

14.     Defendant gives notice that Case No. 23-2-23406-5 SEA now pending against them in the Superior Court of King County has been removed therefrom to this Court.

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION TO FEDERAL COURT - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

125076.0034/9606127.1

DATED: December 27, 2023

LANE POWELL PC


By:    *s/ Andrew J. Gabel*
      Andrew J. Gabel, WSBA No. 39310
By:    *s/ Jonathan Schirmer*
      Jonathan Schirmer, WSBA No. 54207
      1420 Fifth Avenue, Suite 4200
      P.O. Box 91302
      Seattle, Washington 98111-9402
      Telephone:  206.223.7000
      gabela@lanepowell.com
      schirmerj@lanepowell.com
Attorneys for Defendant BrassCraft Manufacturing Company

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2023, I electronically filed the foregoing DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorneys for Plaintiff
George M. Shumsky, WSBA #33915
Brent J. Hardy, WSBA #45405
SHUMSKY & BACKMAN, PLLC
219 NW 20th Ave., Suite 201
Battle Ground, WA 98604-5083
Phone: (360) 891-0442
brent@shumsky-backman.com
george@shumsky-backman.com

DATED this 27th day of December, 2023.


    *s/ Alyssa Kashuba*
    Alyssa Kashuba, Legal Assistant

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL
ACTION TO FEDERAL COURT - 5

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

125076.0034/9606127.1