THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Yuxing Gong and Qianhua Liu,<br><br>Plaintiff,<br><br>v.<br><br>BRASSCRAFT MANUFACTURING COMPANY,<br><br>Defendant. | Case No. 2:23-cv-01991-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT |

This matter came before the Court on a Stipulated Motion for Leave to File Third-Party Complaint. The Court having considered said motion, the pleadings on file with the Court, and deeming itself fully advised,

IT IS HEREBY ORDERED that the Stipulated Motion for Leave to File Third-Party Complaint is GRANTED;

IT IS FURTHER ORDERED that Defendant is granted leave to file and serve its [Proposed] Third-Party Complaint against Rehau Incorporated.

DATED this 15th day of July, 2024.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT- 1
CASE NO. 2:23-cv-01991-TL
125076.0034/9810206.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

*s/ Jonathan Schirmer*
Andrew J. Gabel, WSBA No. 39310
Jonathan Schirmer, WSBA No. 54207
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
gabela@lanepowell.com
schirmerj@lanepowell.com
*Attorneys for Defendant BrassCraft Manufacturing Company*

Copy received, agreed as to form, notice of presentation waived by:

SHUMSKY & BACKMAN, PLLC

*s/ Brent J. Hardy (per email authorization)*
Brent J. Hardy, WSBA No. 45405
George M. Shumsky, WSBA No. 33915
219 NW 20th Ave., Suite 201
Battle Ground, WA 98604-5083
Telephone:  360.891.0442
brent@shumsky-backman.com
george@shumsky-backman.com
*Attorneys for Plaintiff Allstate Property and Casualty Insurance Company*

---

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT- 2
CASE NO. 2:23-cv-01991-TL
125076.0034/9810206.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107