**THE HONORABLE TANA LIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Yuxing Gong and Qianhua Liu,<br><br>                     Plaintiff,<br><br>   v.<br><br>BRASSCRAFT MANUFACTURING COMPANY,<br><br>                     Defendant.<br><br><br><br>BRASSCRAFT MANUFACTURING COMPANY,<br><br>              Third Party Plaintiff,<br><br>   v.<br><br><br>REHAU INCORPORATED,<br><br>            Third Party Defendant. | NO.  2:23-cv-01991-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS THIRD PARTY DEFENDANT REHAU INCORPORATED<br><br><br><br>**CLERK'S ACTION REQUIRED** |

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO DISMISS
THIRD PARTY DEFENDANT REHAU
INCORPORATED - 1

LAW OFFICE OF EVA CISNEROS
Mailing Address:
1299 Zurich Way, Suite 460
Schaumburg, IL 60196
T:  (206) 515-4800 / Fax  (206) 515-4848

1    This matter came before the Court  on a Stipulated Motion to Dismiss Third Party

2 Defendant Rehau Incorporated.  The Court having considered said motion, the pleadings

3 on file with the Court, and deeming itself fully advised,

4

5    IT IS ORDERED that the Stipulated Motion to Dismiss Third Party Defendant is

6 GRANTED;

7    IT IS FUTHER ORDERED  that Third Party Plaintiff's Complaint against Third

8 Party Defendant is DISMISSED with prejudice and without costs.

9    DATED this 4th day of March 2025.

10

11

12    _____
      Tana Lin
13    United States District Judge

14

15

16 Presented by:                          Approved as to Form; Notice of
                                          Presentation Waived"
17

18 **LAW OFFICE OF EVA CISNEROS**         **BALLARD SPAHR, LLP**

19

20    ____/s/ Timothy J. Farley_____      ____/s/ Jonathan Schirmer_____
21 Timothy J. Farley, WSBA #18737          Andrew J. Gabel, WSBA #39310
   Attorney for Third Party Defendant      Jonathan Schirmer, WSBA #54207
22                                          Attorney for Third Party Plaintiff

23

24

25

**[PROPOSED] ORDER GRANTING**          LAW OFFICE OF EVA CISNEROS
**STIPULATED MOTION TO DISMISS**            Mailing Address:
**THIRD PARTY DEFENDANT REHAU**        1299 Zurich Way, Suite 460
**INCORPORATED** - 2                       Schaumburg, IL 60196
                                       T:  (206) 515-4800 / Fax  (206) 515-4848