THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Yuxing Gong and Qianhua Liu,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRASSCRAFT MANUFACTURING COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 2:23-cv-01991-TL<br><br>**NOTICE OF SETTLEMENT** |

To:The Clerk of the Court

And To:All Parties and their Counsel Record

PLEASE TAKE NOTICE that all claims against all parties in this action have been resolved. The Parties need thirty days to effectuate the settlement terms prior to dismissal. Any trials or other hearings in this matter may be stricken from the Court calendar.

DATED June 27, 2025

| SHUMSKY & BACKMAN, PLLC | BALLARD SPAHR LLP |
|---|---|
| By*s/Brent J. Hardy w/permission*<br>　George M. Shumsky, WSBA #33915<br>　Brent J. Hardy, WSBA # 45405<br>　219 NW 20th Ave., Suite 201<br>　Battle Ground, WA 98604-5083<br>　360-891-0442 | By*s/Andrew J. Gabel*<br>　Andrew J. Gabel, WSBA No. 39310<br>　Jonathan Schirmer, WSBA No. 54207<br>　1301 Second Avenue, Suite 2800<br>　Seattle, WA 98101<br>　206.223.7000 |

**NOTICE OF SETTLEMENT** - 1
CASE NO. 2:23-cv-01991-TL

| | |
|---|---|
| brent@shumsky-backman.com<br>george@shumsky-backman.com<br>julie@shumsky-backman.com<br><br>Attorneys for Plaintiff | gabela@ballardspahr.com<br>schirmerj@ballardspahr.com<br><br>Attorneys for Defendant BrassCraft Manufacturing Company |

**NOTICE OF SETTLEMENT** - 2
CASE NO. 2:23-cv-01991-TL

BALLARD SPAHR LLP
1301 SECOND AVE., SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107